**BENJAMIN J. CARMAN, ESQ.**
Nevada Bar No. 12565
**ROBERT T. HERNANDEZ, ESQ.**
Nevada Bar No. 13892
**CARMAN COONEY FORBUSH PLLC**
4045 Spencer Street Suite A47
Las Vegas, NV 89119
Telephone: (702) 421-0111
Facsimile: (702) 516-1033
Service@ccfattorneys.com
Attorneys for Defendant
Mercury Casualty Company

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MAOR MEIR DAHAN<br><br>Plaintiff,<br><br>v.<br><br>MERCURY CASUALTY COMPANY, DOES I through X, inclusive and ROE BUSINESS ENTITIES I through X, inclusive<br><br>Defendants | 2:22-cv-1198<br><br>**PETITION FOR REMOVAL** |

Defendant Mercury Casualty Company, reserving all rights defenses exceptions and claims and without waiver thereof, removes this action from the District Court for the State of Nevada, County of Clark, to the United States District Court for the District of Nevada pursuant to 28 U.S.C. section 1441(a), *et seq*. In support of this petition, Mercury alleges as follows:

## I.
## RELEVANT BACKGROUND

1

2   1.   Plaintiff Maor Meir Dahan commenced this matter styled *Dahan v.*
3   *Mercury* in the Eighth Judicial District Court for the State of Nevada in and for the
4   County of Clark as case number A-22-854131-C, Department 5 on June 15, 2022. A
5   true and correct copy of the summons and complaint is attached hereto as **Exhibit**
6   **A**.

7   2.   Plaintiff served his summons and complaint on   by serving the
8   materials personally to the Nevada Department of Business and Industry, Division
9   of Insurance.  The Division effected service of process on  on June 27, 2022.  A true
10  and correct copy of the affidavit of service is attached hereto as **Exhibit B**.

11  3.   This is a civil action for breach of contract and tortious bad faith
12  against an insurer.  The policy limit alone exceeds the jurisdictional minimum.

## II.
## CITIZENSHIP

14

15  4.   The district courts of the United States have original jurisdiction of
16  this action by virtue of 28 U.S.C. section 1332 because there is complete diversity of
17  citizenship between the parties.

18  5.   Mercury is now, and was at the time the State Court action was filed,
19  a duly licensed corporation incorporated in the State of California with its principal
20  place of business in Brea, California.  It has never been a citizen of the State of
21  Nevada.

22  6.   Mercury is informed and believes that Plaintiff  is now, and was at the
23  time the State Court action was filed, a citizen of the state of Nevada..

7. The DOE Defendants in this action have not been identified and are merely nominal parties without relevance to the action. Therefore, the citizenship of defendants sued under fictitious names shall be disregarded in accordance with 28 U.S.C. section 1441 (b).

### III.
### REMOVAL JURISDICTION

8. Although Mercury denies the allegations in the complaint, it is apparent from substantive allegations, along with information contemporaneously submitted by plaintiff during the handling of the claim, that the matter in controversy exceeds $75,000, exclusive of interest and costs because:

   a. This action arises from plaintiff's claim for underinsured motorist benefits stemming from a motor vehicle accident. The policy's limit for underinsured motorist coverage was a combined single limit of $300,000 per person. The policy's per-person limit exceeds the jurisdictional minimum alone. Factoring in the potential for general and special damages arising from the claim of bad faith and demand for punitive damages, Mercury is informed and believes that plaintiff will demand more than $75,000 in this lawsuit. Moreover, plaintiff seeks to recover attorney's fees as damages in this matter, further stretching the amount in controversy beyond the jurisdictional minimum.

### IV.
### TIMELINESS OF REMOVAL PETITION

9. Plaintiff filed the complaint on June 15, 2022, and served it on on June 27, 2022. Removal is timely as Mercury filed this notice of removal within

thirty days of service, and within one year of the complaint's filing. 28 U.S.C. § 1446(b).

## V.
## VENUE

10. Venue is proper in the United States District Court, Southern District of Nevada, as plaintiff filed the Complaint in the District Court for the State of Nevada, in and for the County of Clark. 28 U.S.C. § 1331.

11. The adverse parties received written notice of the filing of this Notice of Removal, and Mercury filed a copy with the Clerk of the District Court in and for the state of Nevada, County of Clark, pursuant to 28 U.S.C. section 1446 (d).

WHEREFORE, Mercury prays that this action be removed to the United States District Court, District of Nevada, from the District Court of Nevada, County of Clark.

DATED July 26, 2022.

**CARMAN COONEY FORBUSH PLLC**

By  /s/Benjamin J. Carman
BENJAMIN J. CARMAN, ESQ.
ROBERT T. HERNANDEZ, ESQ.
Attorneys for Defendant
Mercury Casualty Company

# CERTIFICATE VIA CM/ECF

Pursuant to FRCP 5, I hereby certify that I am an employee of CARMAN COONEY FORBUSH PLLC, and that on July 26, 2022, I caused to be served via CM/ECF a true and correct copy of the document described herein.

**Document Served:**

**PETITION FOR REMOVAL**

**Person(s) Served:**

Ramzy P. Ladah, Esq.
**LADAH LAW FIRM**
517 S. Third Street
Las Vegas, Nevada 89101
Attorney for Plaintiff,
Maor Meir Dahan

/s/ Pierra Graham-Blanchard
_____
**CARMAN COONEY FORBUSH PLLC**