# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MAOR MEIR DAHAN,<br>    Plaintiff(s),<br>v.<br>MERCURY CASUALTY COMPANY,<br>    Defendant(s). | Case No. 2:22-cv-01198-JCM-NJK<br><br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a).  The parties are hereby **ORDERED** to file, no later than October 6, 2022, a joint proposed discovery plan.

IT IS SO ORDERED.

Dated: October 3, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

1