**BENJAMIN J. CARMAN, ESQ.**
NV Bar # 12565
**ROBERT T. HERNANDEZ, ESQ.**
NV Bar # 13892
**CARMAN COONEY FORBUSH PLLC**
4045 Spencer Street Suite A47
Las Vegas, NV 89119
Telephone: (702) 421-0111
Facsimile: (702) 516-1033
service@ccfattorneys.com
Attorneys for Defendant
Mercury Casualty Company

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MAOR MEIR DAHAN | 2:22-cv-1198-JCM-NJK |
| Plaintiff, | **STIPULATION & ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| MERCURY CASUALTY COMPANY, DOES I through X, inclusive and ROE BUSINESS ENTITIES I through X, inclusive | |
| Defendants | |

**IT IS HEREBY STIPULATED AND AGREED** between Plaintiff Maor Meir Dahan, and Defendant Mercury Casualty Company by and through their respective counsel of record, that the entire matter be dismissed with prejudice, each party to bear their own fees and costs.

It is further stipulated that all current hearings, deadlines, trial dates, and conferences on calendar shall be vacated.

DATED   October 6, 2022

**CARMAN COONEY FORBUSH PLLC**

/s/Benjamin J. Carman
BENJAMIN J. CARMAN, ESQ.
ROBERT T. HERNANDEZ, ESQ.
Attorneys for Defendant
Mercury Casualty Company

DATED   October 6, 2022

**LADAH LAW FIRM**

/s/Anthony L. Ashby
RAMZY P. LADAH, ESQ.
ANTHONY L. ASHBY, ESQ.
Attorneys for Plaintiff
Maor Meir Dahan

## ORDER

**IT IS SO ORDERED.**

Dated: October 11, 2022
_____

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE VIA CM/ECF

Pursuant to FRCP 5, I hereby certify that I am an employee of CARMAN COONEY FORBUSH PLLC, and that on October 6, 2022, I caused to be served via CM/ECF a true and correct copy of the document described herein.

**Document Served:**

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

**Person(s) Served:**

Ramzy P. Ladah, Esq.
**LADAH LAW FIRM**
517 S. Third Street
Las Vegas, Nevada 89101
Attorney for Plaintiff,
Maor Meir Dahan

/s/ Pierra Graham-Blanchard

_____

**CARMAN COONEY FORBUSH PLLC**